**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1358-20

GUPTA HOLDINGS, LLC,

    Plaintiff-Respondent,

v.

WANSUP OH,

    Defendant-Appellant.

_____

        Submitted January 5, 2022 – Decided March 4, 2022

        Before Judges Gilson and Gummer.

        On appeal from the Superior Court of New Jersey, Law
        Division, Mercer County, Docket No. DC-004185-20.

        Cho Legal Group, LLC, attorneys for appellant (Kristen
        M. Logar, of counsel and on the brief).

        Michael D. Mirne, attorney for respondent.

PER CURIAM

We have been advised that this matter has been amicably resolved and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed without prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-1358-20